UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANNA MATHAI** | **CIVIL ACTION** |
| **VERSUS** | **NO:** 12-2778 |
| **BOARD OF SUPERVISORS**<br>**OF LOUISIANA STATE UNIVERSITY** | **SECTION:** "R" (4) |

## SETTLEMENT CONFERENCE ORDER

This case has been scheduled for a Settlement Conference. All **lead counsel are ORDERED TO APPEAR before the undersigned Magistrate Judge, United States Courthouse, Hale Boggs Federal Building, 500 Poydras Street, Room B-437, New Orleans, Louisiana at 10:00 a.m. on September 23, 2013.** COUNSEL MUST IMMEDIATELY CONTACT CHAMBERS WITH ANY CONFLICTS.

Each party shall email, in confidence, a concise position letter or memorandum **outlining the settlement position of the party, including the case number, case name, and be no longer than three pages double spaced** of the evidence the party expects to produce at trial **at least two (2) days before the conference**. The email address is: **efile-roby@laed.uscourts.gov**.

The subject line should read: "**12-2778R - 09/23/13** "*(Plaintiff's/Defendant's)* **Position Paper**".

It is the duty of the parties to notify the undersigned if this case is continued, settled, or otherwise disposed of prior to the date of the scheduled settlement conference, so that the matter may be removed from the Court's docket.

Settlement Conferences are often unproductive, unless all counsel have authority to settle or access to someone with authority to settle before the conference. Although optional during the initial conference, participation of parties in addition to counsel would likely increase the efficiency and effectiveness of the Settlement Conference. Therefore, counsel are encouraged to bring their clients to participate in the conference.

New Orleans, Louisiana, this 8th day of March 2013

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**