UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANNA MATHAI                                                CIVIL ACTION

VERSUS                                                     NO: 12-2778

BOARD OF SUPERVISORS OF                                    SECTION: R
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE AND STEVE
NELSON

### JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's § 1983 claims against the LSU Board of Supervisors and Dr. Nelson (both in his official and individual capacity), as well as plaintiff's breach of contract claim against both defendants are hereby DISMISSED.

New Orleans, Louisiana, this 23rd day of July, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE