UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNA MATHAI | CIVIL ACTION |
| VERSUS | NO.: 12-CV-02778 |
| THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, on behalf of LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER – MEDICAL CENTER OF LOUISIANA AT NEW ORLEANS – UNIVERSITY CAMPUS, STEVE NELSON, MD, individually, and in his capacity as Dean of LSUHSC School of Medicine | JUDGE SARAH S. VANCE MAGISTRATE JUDGE KAREN WELLS ROBY SECTION "R" (4) |

## PLAINTIFF'S NOTICE OF APPEAL

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Anna Mathai who respectfully gives notice that plaintiff in the above named case, hereby appeals to the United States District Court of Appeals for the Fifth Circuit from the Judgment (Record Document 36) entered in this action on the 23rd day of July, 2013.

**Respectfully Submitted:**

**CAPITELLI & WICKER**

/s/ J. Alex Watkins
T. Carey Wicker, III, Esq. (La. Bar No. 13450)
J. Alex Watkins, Esq. (La. Bar No. 29472)
1100 Poydras St., Ste. 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422

AND

BENNETT WOLFF, Esq. (La. Bar No. 2193)
Wolff & Wolff
3017 21st St., Ste. 100
Metairie, LA 70002

Phone: (504) 831-1001
Fax: (504) 833-6365

**ATTORNEYS FOR ANNA MATHAI**

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 29, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF document filing system which will send a notice of electronic filing to all counsel of record.

                 **/s/ J. Alex Watkins**_____