COURT RECORD LOAN FORM
U.S. DISTRICT COURT
*This portion remains with Court Records*

No. *12-2778* R   Short Title *Mathai v Board*   Date *8-28-13*

To: *Capitelli and Wicker*
Name
*Vincent Odom (law clerk)*

Documents Enclosed:
☑ Record Vols. *CD*
☐ Transcripts

Address
*1100 Poydras*

☐ Exhibits ☐ Env. _____
☐ Box _____
☐ Supp. Record Vols. _____
☐ Record Supp. Record Vols. _____

City *New Orleans*   State *La.*   Zip _____

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   **AUG 28 2013**

WILLIAM W. BLEVINS
CLERK

Complete the area below and return this form along with the documents to 5th Circuit.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

Attorney Return :
<u>Send Record with Brief of Appellee to 5th Circuit</u>

TO: CLERK, 5TH CIRCUIT

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records listed above are returned to Clerk.

ATTORNEY NAME _____
DATE _____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No. _____   Short Title _____

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records listed above have been received by Clerk

NAME _____
DATE _____

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: <u>District Court Clerk's Office</u>.

No. _____   Short Title _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records listed above have been forwarded to:

ATTORNEY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
SIGNED _____
DATE _____

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to <u>District Court Clerk's Office</u>.

No. _____   Short Title _____

X Fee _____
Process _____
Dkld _____
CtRmDep _____
Doc. No _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Case records listed above received by:

JUDGE/ATTY NAME _____
DATE _____